**United States District Court**
**Middle District of Tennessee**

Ann Frantz
*Operations Manager*

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203
(615) 736-2364

March 12, 2007

CA07-60 JDB

Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001

In Re:   MDL 1760 In Re Aredia and Zometa Products Liability Litigation
         Conditional Transfer Order 25

Dear Clerk of Court:

   Enclosed please find a certified copy of CTO 25 from the Judicial Panel on Multidistrict Litigation transferring your cases to the Middle District of Tennessee.

   The new case numbers are listed on the order. **Please make reference to the new case numbers in your transmittal letter.**

   At your earliest convenience, please forward the case files and docket sheets, preferably as PDF documents attached to an email addressed to ann_g_frantz@tnmd.uscourts.gov. If this is not possible, please forward the original contents of the case files and certified copies of the docket sheets via mail. If you have any questions, please let me know.

                                                        Sincerely,

                                                        Ann Frantz

Enclosure